UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
(SYRACUSE)

| | | |
|---|---|---|
| Jamila K. Cox, | ) | CASE No. 5:23-cv-00882-GTS-CFH |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **Joint Stipulation for Remand** |
| | ) | (Document Filed Electronically) |
| Kilolo Kijakazi, | ) | |
| Acting Commissioner | ) | |
| Of Social Security, | ) | |
| *Defendant*. | ) | |

**Joint Stipulation for Remand pursuant to the fourth sentence of 42 U.S.C. § 405(g)**

The parties, through their respective counsel, stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), including a *de novo* administrative hearing and a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Dated: December 20, 2023

By:*/s/ Jason P. Peck*                                   By: _____

Jason P. Peck                                                   Howard D. Olinsky
Special Assistant U.S. Attorney                     Olinsky Law Group
Office of Program Litigation – 2                   250 South Clinton Street - Suite 210
Office of the General Counsel                       Syracuse, NY 13202
Social Security Administration                      315-701-5780
Phone: (212) 264-2493                                   Fax: 315-701-5781
Duty station time zone: Eastern                   Email: holinsky@windisability.com
jason.peck@ssa.gov

**So Ordered:**

Dated: 12/20/2023

_____
Glenn T. Suddaby
U.S. District Judge